UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARIO SESSOMS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 2:23-CV-3-FL |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross briefs and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 7, 2024, and for the reasons set forth more specifically therein, that plaintiff's motion is denied and defendant's motion is granted. This matter is dismissed.

**This Judgment Filed and Entered on March 7, 2024, and Copies To:**

Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)


March 7, 2024                              PETER A. MOORE, JR., CLERK

                                             /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk